IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT JOHNSON,<br><br>　　　　　Defendant. | 8:23CR108<br><br><br>**ORDER** |

　　　This matter is before the court on the motion of retained counsel, Stuart J. Dornan, to withdraw as counsel for the defendant, Robert Johnson. (Filing No. 28). Stuart J. Dornan represents that he has a conflict of interest in this matter. Stuart J. Dornan's motion to withdraw (Filing No. 28) was granted (Filing No. 29).

　　　Michael J. Hansen, Federal Public Defender's Office, 222 South 15th Street, Suite 300N, One Central Park Plaza, Omaha, Nebraska 68102, (402) 221-7896, is appointed to represent Robert Johnson for the balance of these proceedings pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

　　　Stuart J. Dornan shall forthwith provide Michael J. Hansen any discovery materials provided to the defendant by the government and any such other materials obtained by Stuart J. Dornan which are material to Robert Johnson's defense.

　　　**IT IS SO ORDERED.**

　　　Dated this 17th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge